```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-22-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o ANCHOR HOCKING, LLC,

      Plaintiff,

- against -

KAWASAKI KISEN KAISHA d/b/a/ K LINE,

      Defendant.
----------------------------------------X

2011 Civ. 7885 (PAC)

**ORDER AND STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned matter has and hereby is discontinued with prejudice and without costs to either party, subject to reopening by either party by letter request within thirty (30) days of entry of this Order should settlement not be consummated.

Dated: New York, New York
      May 31, 2012
      115-1185

Casey & Barnett, LLC
Attorneys for Plaintiff

By: _____
Christopher M. Schierloh
65 West 36th Street, 9th Floor
New York, NY 10018
(212) 286-0225

Mahoney & Keane, LLP
Attorneys for Defendant

By: _____
Edward A. Keane
11 Hanover Square, 10th Floor
New York, NY 10005
(212) 385-1422

SO ORDERED:

_____, 1-22-13
United States District Judge